1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOANNE WYERMAN,

        Plaintiff,

     v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 11-1876 JCG

**JUDGMENT**

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED: October 26, 2012

_____
Hon. Jay C. Gandhi
United States Magistrate Judge