1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

JOANNE WYERMAN,

       Plaintiff,

   v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 11-1876 JCG

**JUDGMENT**

19
20

     IT IS ADJUDGED that the decision of the Commissioner of the Social

21

Security Administration is **AFFIRMED**.

22
23

DATED: October 26, 2012

24
25

_____

26

Hon. Jay C. Gandhi
United States Magistrate Judge

27
28